**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re:
Timothy W. McKay, Debtor                          Case No. 10-63884-tjt
                                                                    Chapter 7
                                                                    Hon. Thomas J. Tucker

**Debtor's Motion to Pursue Creditor DTE Energy's Violation of Discharge Injunction**

    Timothy W. McKay, by his attorney, R. Soren Andersen, moves this Court to hold Creditor DTE Energy in contempt for violation of the discharge injunction established under 11 U.S.C. § 524(a)(2). In support of this motion, he represents:

1. This case was commenced by the filing of a voluntary petition under Chapter 13 on July 28, 2010. The case was voluntarily converted to Chapter 7 on April 8, 2011. The Chapter 7 Case Trustee, David W. Allard, presided over a meeting of creditors on August 31, 2011 and issued a report of no distribution on September 21, 2011. The Debtor was granted a discharge on November 1, 2011, and the case was closed on November 4, 2011.

2. Creditor DTE Energy was among creditors scheduled by the Debtor and filed a proof of claim (Claim No. 1, dated and filed 8/16/2010) for utility services at the Debtor's prior residence at 1401 Drexel in Detroit.

3. Following the conversion of the case from Chapter 13 to Chapter 7, Debtor filed a statement in compliance with F. R. Bankr. P. 1019(5)(B) (Docket No 52, filed 4/20/2011) disclosing unpaid post-petition pre-conversion utility services by Creditor DTE Energy amounting to $143.88.

4. Creditor DTE Energy was notified of Debtor's bankruptcy discharge according to the report of the Bankruptcy Noticing Center (Docket No. 66, dated and filed 11/3/2011).

5. Creditor DTE Energy added a claim for approximately $5,000.00 in utility services to the Debtor's utility bill for a prior residence to which he had moved after obtaining a bankruptcy discharge. The claim was added to Debtor's utility bill subsequent to August 7, 2014 but prior to November 5, 2014. When the Debtor inquired about the added claim,

he was informed that the utility services in the added claim were associated with the prior residence at 1401 Drexel, which Debtor had vacated prior to the conversion of his case from Chapter 13 to Chapter 7 in 2011.

6. Creditor DTE Energy assigned its claim, including the claim for utility services, to Jefferson Capital Systems, LLC.

7. Jefferson Capital Systems, LLC sued the Debtor in the 36th District Court of Michigan, file No. 19-160500, alleging that the amount of $5247.09 was due.

8. Debtor retained counsel to defend him against the complaint by Jefferson Capital Systems, LLC, and paid retained counsel (Balberman & Associates) a retainer of $1,000.00.

9. On December 19, 2019, a consent judgment was entered in the 36th District Court collection case. A copy of the consent judgment is attached to this Motion as Exhibit 6. The consent judgment recites that the total amount owed is $753.35 in damages, plus court costs of $75.00, plus service fees of $38.01 and a statutory attorney fee of $75.00 for a total of $941.36. The parties stipulated that the judgment would be satisfied by Debtor's payment to Jefferson Capital Systems, LLC of a total of $587.50. On information and belief, the $753.35 figure recited as damages represents post-conversion utility services.

10. DTE Energy's pursuit against Debtor directly for a discharged claim, followed by its assignment of the claim to Jefferson Capital Systems, LLC without disclosing the extent of the claim that was discharged in Debtor's bankruptcy, constituted a violation of the Debtor's discharge injunction under 11 U.S.C. § 524(a)(2).

11. The Undersigned, on the Debtor's behalf, attempted to comply with the provisions of E .D. Mich. LBR 9014-1(h) by telephoning DTE Energy's main number and requesting to be connected to its Legal Department, whereupon he was connected to a different line and instructed to leave a voice-mail message. The Undersigned did leave a voice-mail message on February 13, 2020 at 9:15 a.m., but he received no response to it.

Debtor moves this Court to find DTE Energy in contempt for its violation of Debtor's discharge injunction, and be sanctioned for such contempt by payment of Debtor's damages, plus reasonable attorney fees, both at the state court level and for the Undersigned. A copy of the proposed order

granting the relief requested by this motion is attached as Exhibit 1.

Dated:  February 3, 2020                                       /s/ R. Soren Andersen
                                                               R. Soren Andersen
                                                               Attorney for Debtor
                                                               3823 Rochester Road
                                                               Royal Oak, MI 48073
                                                               (248) 435-4994
                                                               Email: rsa.mieb.ecf@att.net
                                                               Michigan State Bar No. P28001

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re:
Timothy W. McKay, Debtor

Case No. 10-63884-tjt
Chapter 7
Hon. Thomas J. Tucker

**Order Determining Creditor DTE Energy to Have Violated Discharge Injunction**

Debtor having filed a Motion to Pursue Creditor DTE Energy's Violation of Discharge Injunction, together with a Notice of Motion and Opportunity to Respond and a Certificate of Service on Creditor DTE Energy in compliance with F. R. Bankr. P. 9014(b), and having thereafter filed a Certification of No Response in compliance with E. D. Mich. LBR 9014-1(d).

IT IS ORDERED that Creditor DTE Energy is determined to have Violated Debtor's Discharge Injunction established under 11 U.S.C. § 524(a)(2).

IT IS FURTHER ORDERED that the extent of sanctions imposed for said violation will be determined following an evidentiary hearing to be scheduled by the Court.

IT IS FURTHER ORDERED that Debtor's counsel serve a copy of this Order on Creditor DTE Energy in compliance with F. R. Bankr. P. 7004(b)(3) within 3 business days of the entry of this Order, and to file a certificate of said service within 2 business days of such service.

Exhibit 1
10-63884-tjt    Doc 72    Filed 02/18/20    Entered 02/18/20 18:21:42    Page 4 of 6

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re:

Timothy W. McKay, Debtor            Case No. 10-63884-tjt
                                                                           Chapter 7
                                                                           Hon. Thomas J. Tucker

**Notice of Motion and of Opportunity to Respond**

Debtor, Timothy W. McKay, has filed a Motion to Pursue DTE Energy's Violation of his Discharge Injunction.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to determine DTE Energy to have violated Debtor's Discharge Injunction, or if you want the court to consider your views on the motion, within fourteen (14) days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]
**United States Bankruptcy Court**
211 W. Fort Street
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also send a copy to:

R. Soren Andersen, Attorney
3823 Rochester Road
Royal Oak, MI 48073

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: February 18, 2020                                       /s/ R. Soren Andersen
                                                                           R. Soren Andersen (P28001)
                                                                           Attorney for the Debtor
                                                                           3823Rochester Road
                                                                           Royal Oak, MI 48073
                                                                           (248) 435-4994
                                                                           rsa.mieb.ecf@att.net

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Timothy W. McKay, Debtor
                Case No. 10-63884-tjt
                Chapter 7
                Hon. Thomas J. Tucker

## Certificate of Service

The Undersigned certifies, on the date opposite his signature, a copy of Debtor's Motion to Pursue Creditor DTE Energy's Violation of Discharge Injunction, together with a proposed Order granting relief requested in said Motion, a Notice of said Motion and Opportunity to Respond, and this Certificate of Service were served on DTE Energy Company by placing said copies in an envelope with sufficient first-class postage affixed, addressed to

> DTE Energy Company
> Attn.: Lisa A. Muschong, Secretary
> One Energy Plaza
> 23 WCB
> Detroit, MI  48226

and depositing said envelope in a United States Postal Service Receptacle in Royal Oak, Michigan, after the posted final pickup time for that receptacle for that day.

Dated:  February 18, 2020
                /s/ R. Soren Andersen
                R. Soren Andersen (P28001)
                Attorney for the Debtor
                3823Rochester Road
                Royal Oak, MI  48073
                (248) 435-4994
                rsa.mieb.ecf@att.net